# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0789
Lower Tribunal No. 2018-CA-012533-O

_____

SIERRA ORLANDO PROPERTIES, LTD., d/b/a CARIBE ROYALE RESORT SUITES,

Appellant,

v.

MELISSA ALLEN,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

October 17, 2025

PER CURIAM.

Appellant Sierra Orlando Properties, Ltd., d/b/a Caribe Royale Resort Suites ("Caribe Royale") appeals the Amended Final Judgment, taxing costs against Caribe Royale, in favor of Appellee Melissa Allen. That cost award was entered after a jury returned a verdict in Allen's favor. Caribe Royale, however, previously appealed the original final judgment entered after the jury verdict, and, on August 22, 2025, this Court reversed that original final judgment and remanded for entry of judgment in favor of Caribe Royale.

Because this Court reversed the original final judgment, the Amended Final Judgment taxing costs pursuant to the jury verdict must be reversed as well. *See Marty v. Bainter*, 727 So. 2d 1124, 1125 (Fla. 1st DCA 1999) ("[A]n award of attorney's fees and costs predicated on a reversed or vacated final judgment also must be reversed." (citations omitted)). In fact, the parties to this case have filed a joint stipulation, agreeing that the appeal of the Amended Final Judgment is now "moot" and that the cost order should be reversed.

Accordingly, we now reverse the Amended Final Judgment and remand for further proceedings consistent with this opinion.

REVERSED and REMANDED.

TRAVER, C.J., and NARDELLA and BROWNLEE, JJ., concur.

Jack R. Reiter and Eric M. Yesner, of GrayRobinson, P.A., Miami, for Appellant.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED